| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2015** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Boyd, James W. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Western District of Michigan | 3. Date of Report<br><br>05/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>U.S. Bankruptcy Court<br>1 Division Avenue North<br>Grand Rapids, Michigan 49503 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Membership interest (1/3) | Union Street Investments, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | Kuhn, Darling, Boyd, and Quandt, PLC. Finalization of pre-May 30, 2014 income and expenses, capital account, etc. all reconciled for 2014 per final K1 10/15 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | self-employed "early childhood specialist" |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Bankruptcy Trustees | 2/26/15-2/28/15 | Charleston, SC | Legal education seminar for bankruptcy trustees | Meals, lodging, registration, airfare |
| 2. | Federal Bar Association | 7/30/15-81/15 | Thompsonville, MI | Legal education seminar for attorneys | Meals, lodging, registration, mileage |
| 3. | National Association of Bankruptcy Trustees | 8/26/15-8/30/15 | Chicago, IL | Legal education seminar for bankruptcy trustees | Meals, lodging, registration, airfare |
| 4. | American Bankruptcy Institute | 11/10/15-11/11/15 | Troy, MI | Legal eduation seminar for attorneys | Meals, lodging, registration, mileage |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Community Bank | Limited guaranty regarding Union Street Partners, LLC | M |
| 2. | First Community Bank | Limited guaranty regarding Union Street Investments, LLC | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Assignment of interest in Union Street Partners LLC to former partner | E | Int./Div. | K | T | | | | | |
| 2. Union Street Investments, LLC | G | Dividend | J | T | | | | | |
| 3. Cash Surrender Value Life Insurance-Midwestern United Life Insurance C | | None | J | T | | | | | |
| 4. Fifth Third Bank Checking Account | A | Int./Div. | N | T | | | | | |
| 5. Fifth Third Relationship Money Market Account | A | Int./Div. | J | T | | | | | |
| 6. Members Credit Union Checking Account, n/k/a 4Front Credit Union | | None | J | T | | | | | |
| 7. Members Credit Union Share Account, n/k/a 4Front Credit Union | | None | J | T | | | | | |
| 8. Vanguard 500 Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 9. Vanguard Prime Money Market Fund | A | Dividend | N | T | Buy (add'l) | 10/12/15 | L | | Self 15 |
| 10. (#9 above continued) | | | | T | Sold (part) | 10/12/15 | L | | Self #15 |
| 11. Vanguard Total Stock Market Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 12. Powershares QQQ Trust Series 1 | A | Dividend | K | T | | | | | |
| 13. Firsthand Technology Value Fund Inc | A | Dividend | J | T | | | | | |
| 14. Vanguard Target Retirement Fund 2015-IRA | E | Dividend | O | T | | | | | |
| 15. Vanguard Prime Money Market Fund-SEP IRA | A | Dividend | N | T | Buy (add'l) | 10/12/15 | L | | Self #11 and #12 |
| 16. Vanguard Prime Money Market Fund-IRA | A | Dividend | K | T | | | | | |
| 17. State of MI Stable Value Fund-401k | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  State of MI Pimco Total Return Fund-401k | B | Dividend | K | T | | | | | |
| 19.  State of MI Dodge and Cox Stock Fund-401k | A | Dividend | K | T | | | | | |
| 20.  Vanguard Emerging Market Index-401k | A | Dividend | K | T | | | | | |
| 21.  State of MI Stable Value Fund-457 | B | Dividend | L | T | | | | | |
| 22.  State of MI Dodge and Cox Stock Fund-457 | A | Dividend | K | T | | | | | |
| 23.  Vanguard Emerging Market Fund-457 | A | Dividend | K | T | | | | | |
| 24.  Vanguard Life Strategy Income Fund IRA | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Boyd, James W. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II(1): This item is listed for reference purposes only. The reportable income for 2014 reported for this asset, and on Line III(1) for 2014, was $840,309.00. Actual income as reported per my 2014 K1, which was not completed by the law firm until October 2015, was $2,706 less than this amount. Per my discussion with committee staff, I have elected to report this modification in this manner, as opposed to amending my 2014 report, given the non-material amount of the discrepancy.

VI(2): This contingent liability was eliminated during the reporting period upon the sale of the building subject to a mortgage and the payment in full of same. [See Note to VII(a)(2)].

VII(a)(1): This transaction reflects the sale of my interest in the LLC to another LLC member for $96,000 to be paid in installments until June 2016, as reflected in VII(2). This agreement was modified in 2016 to extend the receivable until 2017.

VII(a)(2): This entity owns real property, which was sold during 2015. The income reflects my capital gain distribution from this entity on the sale of the real property. At the end of the reporting period, the entity still existed and held nominal assets.

VII(a)(15): This transaction reflects contribution for the period 1/1/14-5/30/14, prior to becoming a federal employee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James W. Boyd**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544